**LEMON LAW PRO**
Kimberli C. Zazzi
Vincent M. Onorio
LaDawna Fleckenstein
1098 Melody Lane, Building 200
Roseville, CA 95678
Telephone: (916) 836-8565
E-mail: kimberli@lemonlawpro.com
E-mail: legal@lemonlawpro.com

Attorneys for Plaintiffs,
WEATHERWOOD LLC and ZACK TODD BERGER

**WILSON TURNER KOSMO LLP**
ROBERT A. SHIELDS (206042)
ARIANE A. SADANAGA (331057)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
Email: rshields@wilsonturnerkosmo.com
Email: asadanaga@wilsonturnerkosmo.com
Email: warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
PORSCHE CARS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| WEATHERWOOD LLC and ZACK TODD BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC.; and DOES 1 - 10,<br><br>Defendants. | Case No: 8:25-cv-00977-JWH-DFH<br><br>**NOTICE OF JOINT SETTLEMENT OF ENTIRE CASE**<br><br>State Court Action Filed: April 7, 2025<br><br>District Judge: John W. Holcomb<br><br>Magistrate Judge: Douglas F. McCormick<br><br>Trial Date: Not set |

# NOTICE OF JOINT SETTLEMENT OF ENTIRE CASE

Plaintiffs WEATHERWOOD LLC and ZACK TODD BERGER ("Plaintiffs") and PORSCHE CARS NORTH AMERICA, INC., ("Defendant") respectfully submit this Notice of Joint Settlement of the Case and inform the Court as follows:

1. The Parties have settled the case. The parties are working on signing and executing the settlement agreement.

2. Parties will file a Joint Dismissal once settlement funds are received.

3. Based on the foregoing, the Parties respectfully request the Court to vacate all future appearances and deadlines in the case.

Dated: July 11, 2025

By: /s/ *Vincent M. Onorio*
Kimberli C. Zazzi
Vincent M. Onorio
LaDawna Fleckenstein
Attorneys for Plaintiffs
WEATHERWOOD LLC AND ZACK TODD BERGER

Dated:   July 25, 2025          **WILSON TURNER KOSMO LLP**

By:   /s/ *Ariane A. Sadanaga*
ROBERT A. SHIELDS
ARIANE A. SADANAGA
Attorneys for Defendant
PORSCHE CARS NORTH AMERICA, INC.

## SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

                                          */s/ Ariane A Sadanaga*
                                          ARIANE A. SADANAGA

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am employed with the law firm of WILSON TURNER KOSMO LLP, whose address is 402 West Broadway, Suite 1600, San Diego, California 92101. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On July 25, 2025, I served the following documents, bearing the titles:

    1.    **NOTICE OF JOINT SETTLEMENT OF ENTIRE CASE**

[x] addressed as follows:

| | |
|---|---|
| Kimberli C. Zazzi<br>Vincent M. Onorio<br>LaDawna Fleckenstein<br>LEMON LAW PRO<br>1098 Melody Lane, Building 200<br>Roseville, CA 95678 | Attorneys for Plaintiffs,<br>*Weatherwood LLC and Zack Todd Berger*<br><br>Telephone: (916) 836-8565<br>Facsimile: (916) 836-8583<br>E-mail: kimberli@lemonlawpro.com<br>E-mail: legal@lemonlawpro.com |

[ ] (By MAIL SERVICE) I placed such envelope(s) for collection and mailing on this date following ordinary business practices.

[X] (BY E-MAIL) or electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on July 25, 2025, at San Diego, California.

*/s/ Lucy Vega*
_____
Lucy E. Vega

-4-    Case No. 8:25-cv-00977-JWH-DFH
NOTICE OF JOINT SETTLEMENT OF ENTIRE CASE