# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEATHERWOOD LLC and ZACK TODD BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC.; and DOES 1-10,<br><br>Defendants. | Case No. 8:25-cv-00977-JWH-DFMx<br><br>**JUDGMENT** |

1 | Pursuant to the Scheduling Notice and Order [ECF No. 17] entered on or about July 28, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: August 27, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-